IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

EFREN GARCIA URRUTIA )
    Petitioner, )
)
v. )
) Case No. 5:25-CV-00103
)
FRANCIS DIOSMAR ARENA FLORES )
    Respondent )

-----------------------------------------------------------------

## ORDER

Petitioner, Efren Garcia, ("Petitioner"), by and through counsels, Sarah Mabry-Caraffa, Elysia Prendergast-Jones, and Teandra Miller of Legal Aid of North Carolina, has commenced this action by filing a verified petition seeking return of his minor child, O.R.G.A., pursuant to Article 11 of the Hague Convention on the Civil Aspects of International Child Abduction, as implemented and supplemented by the International Child Abduction Remedies Act, 22 U.S.C. § 9001(b)(1), (2). Respondent has not responded to the verified petition.

This Court finds it necessary to hold a hearing to resolve Petitioner's claims and determine whether Respondent's retention of the minor child is wrongful, as alleged by Petitioner. The Court further finds that due to Petitioner's indigency and inability to travel to the United States, there is good cause to allow Petitioner to participate via video conference. Furthermore, Petitioner intends to retain the services of a Spanish interpreter for the hearing.

It is therefore ORDERED that good cause exists for Petitioner to participate via video conference and utilize the services of a Spanish interpreter at hearing.

SO ORDERED, this _11_ day of _June_, 2025

                                                                          TERRENCE W. BOYLE
                                                                          UNITED STATES DISTRICT JUDGE