UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NORTH CAROLINA (WESTERN DIVISION)

| | |
|---|---|
| EFREN GARCIA URRUTIA<br>Petitioner,<br><br>v.<br><br>FRANCIS DIOSMAR ARENA FLORES<br>Respondent. | )<br>)<br>)<br>) Civil Action Number 5:25-CV-00103<br>)<br>)<br>)<br>) |

## ORDER GRANTING MOTION FOR APPOINTMENT OF INTERPRETER

This matter is before the Court on the motion of Respondent, Francis Diosmar Arena Flores requesting the appointment of a qualified interpreter pursuant to 28 U.S.C. § 1827.

Upon review of the motion and for good cause shown, the Court finds that:

1. The movant is a party to this proceeding and is not proficient in the English language;
2. The movant's primary language is Spanish.
3. The appointment of a qualified interpreter is necessary to ensure the movant's ability to fully understand and participate in these proceedings, in accordance with the requirements of due process.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for appointment of an interpreter is GRANTED;
2. The Clerk of Court shall arrange for a certified interpreter proficient in Spanish to be present for all hearings and proceedings in this matter;
3. The cost of interpreter services shall be paid by the Court, as authorized by 28 U.S.C. § 1827.

SO ORDERED.

Dated: 7-25-25

*/s/ Terrence Boyle*
Honorable Judge Terrence W. Boyle